```
 1  DEBRA WONG YANG
    United States Attorney
 2  STEVEN D. CLYMER
    Special Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  MICHELE C. MARCHAND
    California Bar No. 93390
 6  Assistant United States Attorney
         United States Courthouse
 7       312 N. Spring Street, 14th Floor
         Los Angeles, CA 90012
 8       Telephone: (213)894-2727
         Facsimile: (213)894-7177
 9       E-mail: Michele.Marchand@usdoj.gov

10  Attorneys for Plaintiff
    United States of America
11
                    UNITED STATES DISTRICT COURT
12
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
13
                         WESTERN DIVISION
14
    UNITED STATES OF AMERICA,        )   NO. CV 02-6960-CBM(PLAx)
15                                   )
              Plaintiff,             )   DEFAULT JUDGMENT OF FORFEITURE
16                                   )
         v.                          )   [PROPOSED]
17                                   )
    $54,000.00 IN U.S. CURRENCY,     )
18                                   )   DATE:      June 6, 2005
              Defendant.             )   TIME:      10:00 A.M.
19                                   )   COURTROOM: 2
                                     )
20  _____  )
                                     )   Before the Honorable Consuelo
21  SONHA KIM TRAM AND VINCENT       )   B. Marshall, United States
    SIEU LUU,                        )   District Judge
22                                   )
              Claimants.             )
23                                   )
                                     )
24  _____  )

25

26       This action arose from the Verified Complaint for Forfeiture

27  ("Complaint") filed herein on September 5, 2002.  Notice of this

28  action has been given in the manner required by law, and
```

potential claimants Abby Hoa Truong, Vincent Sieu Luu, Sonha Kim Tram, Edwin Lam, and all other potential claimants have not filed an Answer to the Complaint or otherwise defended their interest, if any, in the defendant $54,000.00 in U.S. Currency.  Therefore, the Court deems that potential claimants Abby Hoa Truong, Vincent Sieu Luu, Sonha Kim Tram, Edwin Lam, and all other potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all right, title, and interest of potential claimants Abby Hoa Truong, Vincent Sieu Luu, Sonha Kim Tram, Edwin Lam, and all other potential claimants in and to said defendant is condemned and forfeited to the United States of America.

DATED: 2/6/08

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBRA WONG YANG
United States Attorney
STEVEN D. CLYMER
Special Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
MICHELE C. MARCHAND
Assistant United States Attorney

Attorneys for Plaintiff
United States of America